1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EUGENE EVERETT WELCH,

11              Petitioner,                    No. CIV S-09-3120 GEB DAD P

12        vs.

13   BOARD OF PRISON TERMS, et al.,

14              Respondents.                   ORDER

15   _____/

16              Petitioner has sent letters to the court inquiring about the status of his case.   Court

17   records indicate that the respondent filed an answer on January 19, 2010, and that petitioner filed

18   his traverse on March 23, 2010.  The case is now submitted for decision and in due course, the

19   court will issue its findings and recommendations.  Petitioner is informed that because of the

20   court's staggering caseload, a response to inquiries about the status of his case cannot routinely

21   be provided.  As long as the petitioner keeps the court informed of any change of address, no

22   further action is necessary.

23   /////

24   /////

25   /////

26   /////

                                              1

1    Accordingly, IT IS ORDERED that petitioner's letters, filed on June 7, 2010 and

2  November 12, 2010 shall be placed in the file.

3  DATED: December 20, 2010.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   welc3120.stat

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26